UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE CURTIS,

    Petitioner,

    v.

MICHAEL MUKASEY *et al.*,

    Respondents.

Civil Action No. 08-0551 (RJL)

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this petition be DISMISSED for want of jurisdiction.

This is a final, appealable order. *See* Fed. R. App. 4(a).

RICHARD J. LEON
United States District Judge

Date: 5/8/08