UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE CURTIS,

    Petitioner,

    v.

MICHAEL MUKASEY *et al.*,

    Respondents.

Civil Action No. 08-0551 (RJL)

## ORDER

Petitioner has moved for reconsideration of the order dated May 8, 2008 dismissing his petition for habeas relief for want of jurisdiction. Rule 60(b) of the Federal Rules provides that relief from a final order may be granted under certain conditions. Petitioner has not demonstrated that any of those conditions pertain in this case. Accordingly, it is hereby

ORDERED that the motion for reconsideration is DENIED.

RICHARD J. LEON
United States District Judge

Date: 6/30/08